# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:09-CV-188 CAS ) |
| RAYMOND CRAWFORD, et al., | ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants Raymond and Kevin Crawford's and MikeRentals, Inc.'s motions to transfer divisional venue to Southeastern Division of this District.[1] Plaintiff Safeco Insurance Company of Illinois did not respond to the motions, and the time to do so has expired. Therefore, the motions are ripe for review. For the following reasons, the Court will grant defendants' motions and transfer this case to the Southeastern Division of the Eastern District of Missouri.

Local Rule 2.07(b)(2) of the United States District Court for the Eastern District of Missouri states in pertinent part that: "All actions brought against multiple defendants all of whom reside in the same division must be brought in that division, or in the division where the claim for relief arose. . . ." Here, the individual defendants maintain they are both residents of Scott County, and the corporate defendant states that it is organized under the laws of the State of Missouri, with its principal place of business located in Scott County. Scott County is within the Southeastern Division. Pursuant to Local Rule 2.07(B)(2), divisional venue is proper in this case in the Southeastern Division. It would also appear from the complaint that plaintiff's claim arose in the Southeastern Division, as the majority of the events in the complaint are alleged to have occurred in Scott and New Madrid Counties, both which are situated in the Southeastern Division. Therefore, the Court finds

---

[1]The defendants filed separate, but nearly identical motions to transfer divisional venue. See Docs. 15 and 17.

this case should have been originally filed in the Southeastern Division, and the Court will order a divisional transfer.

Accordingly,

**IT IS HEREBY ORDERED** that defendants MikeRentals, Inc.'s and Raymond and Kevin Crawford's motions to transfer divisional venue in this case to Southeastern Division of the United States District Court for the Eastern District of Missouri are **GRANTED.** [Doc. 15 and 17]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall reassign this case to the Southeastern Division.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this   7th   day of May, 2009.